UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. #22-11147 |
| v. | : | |
| CHRISTOPHER M. CODIO | : | SUBSTITUTION OF ATTORNEY |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, has reassigned the above-captioned matter to Brian D. Gillet, Assistant U.S. Attorney (brian.gillet@usdoj.gov), in substitution for Dong Joo Lee, Assistant U.S. Attorney, who previously appeared in this matter.

PHILIP R. SELLINGER
United States Attorney

*Brian D. Gillet/s/*
By: BRIAN D. GILLET
Assistant U.S. Attorney

Dated: July 29, 2022